## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| David A. Acevedo, #39330-083, | ) | C/A No.: 4:14-cv-3985 DCN |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER** |
| -vs- | ) | |
| | ) | |
| Linda Thomas, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This matter is before the court upon petitioner's motion to reconsider the court's order dismissing the case (ECF No. 10). The motion was filed on February 5, 2015. Petitioner states that he did not receive the Proper Form Order (ECF No. 4) issued by the Magistrate Judge on November 21, 2014, as he was in transit between prison facilities.

**IT IS THEREFORE ORDERED,** that the motion to reconsider the court's order dismissing the case is **GRANTED**. Petitioner shall have until **March 6, 2015** to bring this case into proper form as instructed in the Proper Form Order. The Clerk is directed to mail a copy of the Proper Form Order along with this order to the petitioner.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

February 12, 2015
Charleston, South Carolina